FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 07 2015
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JODY SIPES, )
)
Plaintiff, )
)
vs. ) Case No. 4:15CV265-SWW
)
LOWE'S HOME CENTERS, LLC, ) This case assigned to District Judge Wright
) and to Magistrate Judge Ray
Defendant. )

## NOTICE OF REMOVAL

In accordance with the provisions set forth in 28 U.S.C. § 1441, *et seq.*, notice of removal is given as follows: Lowe's Home Centers, LLC, removes this action from the Circuit Court of Pulaski County, Case No. 60CV-15-1543 ("State Court Action"), to this Court pursuant to 28 U.S.C. § § 1332 and 1441, *et seq*. Pursuant to 28 U.S.C. §1446 , a copy of the District Court Docket Sheet is attached hereto as *Exhibit A*. Copies of all documents served and/or filed in the State Court Action are attached hereto as *Exhibits B-D.*

1. The Plaintiff alleges she was injured on Defendant's premises and damages were suffered in excess of $75,000.

2. This cause was filed in the Circuit Court of Pulaski County, State of Arkansas, on April 10, 2015. The Defendant was served with the Plaintiff's Complaint on April 17, 2015. The Plaintiff's Petition notes the damages are in excess of $75,000. Pursuant to 28 U.S.C. §1446(b), Defendant has filed this Notice of Removal within the required 30 days.

3. Pursuant to 28 U.S.C. §1446(b), Defendant has filed this Notice of Removal within the required 30 days after receipt by the Defendant, "of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable..."

4. The Circuit Court for Pulaski County, the court in which this action is pending, is located within this Court's jurisdiction.

5. Removal of this action is proper under 28 U.S.C. § 1441, *et seq.*, because this Court has original diversity jurisdiction over this matter, given that:

   a. The amount in controversy exceeds $75,000.00, exclusive of interest or costs. On, April 17, 2015, the Plaintiff served his Petition on the Defendant. The Petition demanded damages in excess of $75,000.

   b. Upon knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the Plaintiff is a resident of Arkansas.

   c. Lowe's Home Centers, LLC, is a foreign Limited Liability Company existing under and by virtue of the laws of the State of North Carolina with its principal place of business in the City of Wilkesboro, State of North Carolina.

   d. Accordingly, there is complete diversity of citizenship in this action, and this case is removable on that basis.

6. Written notice of the filing of this Notice of Removal is being promptly given to the Plaintiff and a Notice of Filing of Notice of Removal is promptly being filed with the clerk of the Circuit Court of Pulaski County, as required by 28 U.S.C. § 1446(d).

For the reasons stated above, Defendant Lowe's Home Centers, LLC, removes this action from the Circuit Court of Pulaski County, to this Honorable Court.

JURY TRIAL DEMANDED

Respectfully submitted,

Mark T. Steele, A.B.N. 2015021
OBA#14078
LATHAM, WAGNER, STEELE & LEHMAN, P.C.
10441 S. Regal Blvd. Suite 200
Tulsa, OK 74133
Tel: (918) 970-2000
Fax: (918) 970-2002
msteele@lswsl.com

CERTIFICATE OF MAILING

I hereby certify that on the 6th day of May, 2015, a true and correct copy of the foregoing instrument was placed in the U.S. Mail with proper postage affixed to the following:

Matthew Hutsell
Denise Hoggard
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222
*Attorney for Plaintiff*

# Docket Report Results

## Report Selection Criteria

**Case ID:** 60CV-15-1543
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:** 60CV-15-1543 - JODY SIPES V LOWE'S HOME CENTER LLC -*JURY TRIAL*
**Filing Date:** Friday , April 10th, 2015
**Court:** 60 - PULASKI
**Location:** CI - CIRCUIT
**Type:** NM - NEGLIGENCE-MOTOR VEHICLE
**Status:** *none*
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 3 | | | PLAINTIFF/PETITIONER ATTORNEY | 1007645 | **HUTSELL, MATTHEW CLAY** |
| | | | | **Aliases:** | HUTSELL, MATTHEW C. |
| | | | | | |
| 2 | | | PLAINTIFF | 13334538 | **SIPES, JODY** |
| | | | | **Aliases:** | *none* |
| | | | | | |
| 1 | | | JUDGE | 7965388 | **HON. WENDELL GRIFFEN - 5TH DIVISION 6TH CIRCUIT** |
| | | | | **Aliases:** | GRIFFEN |
| | | | | | |

EXHIBIT
A

| 4 | | | DEFENDANT | 13334539 | **CENTER, LLC, LOWE'S HOME** |
|---|---|---|---|---|---|
| | | | | **Aliases:** | *none* |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| **Filing Date** | **Description** | **Name** | **Monetary** |
|---|---|---|---|
| 04/10/2015 10:29 AM | AOC COVERSHEET CIVIL | HUTSELL, MATTHEW CLAY | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| 04/10/2015 10:29 AM | COMPLAINT/PETITION FILED $ | HUTSELL, MATTHEW CLAY | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| 04/10/2015 10:29 AM | MOF ORIGINAL | HUTSELL, MATTHEW CLAY | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |

| | | | |
|---|---|---|---|
| 04/10/2015 11:21 AM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of $165.00 was made on receipt 60CI195421. | | |
| **Images** | No Images | | |
| | | | |
| 04/10/2015 11:21 AM | SUMMONS - FILER PREPARED | | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |

Search Home New Search Report Selection Case Description Event Schedule
Case Parties Violations Milestone Tracking Docket Entries

(c) Copyright 2001 Affiliated Computer Systems, Inc. ACS and the ACS logo are registered trademarks
This contains trade secrets and is subject to a confidentiality agreement The unauthorized
possession, use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited.
All rights reserved User Accepts/Agrees to Disclaimer. Not for official use.

ELECTRONICALLY FILED
2015-Apr-10 10:29:25
60CV-15-1543
C06D05 : 1 Page

**Multiple claims. If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.**

To Save a copy of this form to your computer, please click the disk icon on the toolbar above.

# COVER SHEET
# STATE OF ARKANSAS
# CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

## FILING INFORMATION

County: PULASKI District: ______ Docket Number: CV 2015-

Judge: ______ Division: ______ Filing Date: 04/10/2015

Plaintiff: JODY SIPES Defendant: LOWE'S HOME CENTER, LLC

Attorney Providing Information: ______ Address ______
☒ Plaintiff ☐ Defendant ☐ Intervenor

Litigant, if Pro Se: ______ Address ______

Related Case(s): Judge ______ Case Number(s) ______

**Type of Case:**

*Torts*
- ☐ (NM) Negligence: Motor Vehicle
- ☒ (NO) Negligence: Other
- ☐ (BF) Bad Faith
- ☐ (FR) Fraud
- ☐ (MP) Malpractice
- ☐ (PL) Product Liability
- ☐ (OD) Other ______

*Contracts*
- ☐ (IS) Insurance
- ☐ (DO) Debt: Open Account
- ☐ (PN) Debt: Promissory Note
- ☐ (EM) Employment
- ☐ (OC) Other ______

*Equity*
- ☐ (FC) Foreclosure
- ☐ (QT) Quiet Title
- ☐ (IJ) Injunction
- ☐ (PT) Partition
- ☐ (OT) Other ______

*Miscellaneous*
- ☐ (CD) Condemnation
- ☐ (RE) Replevin
- ☐ (DJ) Declaratory Judgment
- ☐ (UD) Unlawful Detainer
- ☐ (IN) Incorporation
- ☐ (EL) Election
- ☐ (FJ) Foreign Judgment
- ☐ (WT) Writs ______
- ☐ (AA) Administrative Appeal
- ☐ (CF) Property Forfeiture
- ☐ (RD) Remove Disabilities
- ☐ (NC) Name Change
- ☐ (OM) Other ______

**Jury Trial Requested:** ☒ Yes ☐ No

**Manner of Filing:** ☒ Original ☐ Re-open ☐ Transfer ☐ Return from Federal/Bankruptcy Court

## DISPOSITION INFORMATION

Disposition Date: ______ ☐ Bench Trial ☐ Non-Trial ☐ Jury Trial

**Judgment Type:**
- ☐ (DJ) Default Judgment
- ☐ (SJ) Summary Judgment
- ☐ (CJ) Consent Judgment
- ☐ (TJ) Trial Judgment
- ☐ (OJ) Other Judgment
- ☐ (PG) Petition Granted
- ☐ (PD) Petition Denied
- ☐ (DF) Decree of Foreclosure

**Dismissal Type:**
- ☐ (DW) Dismissed with Prejudice
- ☐ (DN) Dismissed without Prejudice

**Other:**
- ☐ (TR) Transferred to Another Jurisdiction
- ☐ (RB) Removed to Bankruptcy Court
- ☐ (RF) Removed to Federal Court
- ☐ (AR) Arbitration

**Judgment For:** ☐ Plaintiff ☐ Defendant ☐ Both Judgment Amount: $ ______

Clerk's Signature ______ Date ______

AOC 23 10-01
625 Marshall Street
Little Rock, AR 72201

Send 1 paper or electronic copy to AOC upon filing.
Send 1 paper or electronic copy to AOC upon disposition.
Keep original in court file.

**Effective 1-1-2002**

EXHIBIT
B

ELECTRONICALLY FILED
2015-Apr-10 10:29:25
60CV-15-1543
C06D05 : 4 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

**JODY SIPES** **PLAINTIFF**

**VS** **NO. 60 CV – 2015 -**

**LOWE'S HOME CENTER, LLC** **DEFENDANT**

## COMPLAINT

Comes now the Plaintiff, JODY SIPES, by and through her attorney, Rainwater, Holt & Sexton, P.A., and for her Complaint, states as follows:

1. The Plaintiff, Jody Sipes, at the time of the events alleged below, resided in Jacksonville, Pulaski County, Arkansas.

2. Plaintiff, Jody Sipes, at the time of the events alleged below, was on Defendant Lowe's Home Center, LLC premises, located at 2301 T P White Drive, Jacksonville, AR 72076.

3. Defendant, Lowe's Home Center, LLC (hereafter "Lowe's") is a foreign limited liability company whose registered agent for service of process is the Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201.

4. Defendant Lowe's Home Center is, and was at all times relevant hereto, the owner and operator of a store located at 2301 T P White Drive, Jacksonville, Arkansas, 72076.

5. At all relevant times hereto, Defendant Lowe's Home Center, LLC maintained and operated a store as a public business open to the general public, and the general public was invited to patronize said business.



6. This is an action for personal injuries sustained on Defendant's Lowe's Home Center, LLC premises in their restroom. This court has jurisdiction and venue is proper in that Plaintiff Jody Sipes resided in Pulaski County, Arkansas at the time of the incident.

7. On March 7, 2014, Plaintiff Jody Sipes was present on Defendant Lowe's Home Center, LLC's premises as a business invitee.

8. On March 7, 2014 the Plaintiff, Jody Sipes, was in the handicapped restroom in the Lowe's store, with her daughter. She reached and held on to the grab bar appearing to be attached to the wall. The bar then came unattached from the wall causing the Plaintiff to injure herself.

9. As a result of this incident, Plaintiff Jody Sipes has undergone medical treatment.

10. Upon information and belief, as of March 7, 2014, the grab bar in said Lowe's restroom was not securely attached to the restroom wall.

11. Defendant's negligence consisted of, but was not limited to, the following acts and omissions:

a. The Defendant, Lowe's, negligently failed to maintain the grab bar in said restroom in a reasonably safe condition.

b. The Defendant, Lowe's, carelessly, negligently, and/or willfully knew or reasonably should have known of a dangerous condition, and failed to use ordinary care to correct it.

c. The Defendant, Lowe's, failed to properly warn Plaintiff of a hazardous condition, specifically the grab bar in said restroom.

d. The Defendant, Lowe's, created and/or allowed a hazardous condition to exist on its premises, specifically the grab bar in said restroom.

e. The Defendant, Lowe's, failed to anticipate that Plaintiff Sipes would be exposed to the hazard created by the grab bar in said restroom, and then act with ordinary care under the circumstances.

f. The Defendant, Lowe's, violated regulations of the Americans with Disabilities Act with regard to grab bars.

12. The Defendant, Lowe's is solely responsible for Plaintiff's injuries under the doctrine of res ipsa loquitur because the instrumentality causing injury, the grab bar in the restroom, was under the exclusive control or management of the Defendant, Lowe's.

13. The Plaintiff's injuries and damages were directly and proximately caused by the Defendant Lowe's negligence.

14. Plaintiff, Jody Sipes, suffered physical injuries requiring medical treatment, all of which resulted in great pain and anguish, both mental and physical.

15. Plaintiff is entitled to the following damages:

a) The nature, extent, duration, and permanency of her injuries;

b) The full extent of the injuries she sustained;

c) The expense of her medical care, treatment, and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be experienced in the future;

d) Any pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future;

e) The value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future; and

f) The visible results of her injuries.

16. The Plaintiff, Jody Sipes, demands a trial by jury of all issues so triable.

WHEREFORE, premises considered, the Plaintiff, Jody Sipes, pray she have judgment against the Defendant, Lowe's Home Center, LLC, in a sum in excess of the amount required by federal court jurisdiction in diversity of citizenship cases, in a sum to be determined by the trier of facts exclusive of interest and costs, and for all other and further relief to which they may be entitled.

Respectfully Submitted,
Attorneys for Plaintiff

By: ______________________________

Matthew Hutsell (Ark. Bar No. 2002090)
Denise Hoggard
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone: (501) 868-2500
Telefax: (501) 868-2508

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

**JODY SIPES** **PLAINTIFF**

**VS** **NO. 60 CV – 2015 -**

**LOWE'S HOME CENTER, LLC** **DEFENDANT**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Lowe's Home Center, LLC
c/o Corporation Service Center
300 Spring Building - Suite 900
300 S. Spring Street
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Hutsell, Rainwater, Holt & Sexton, P.O. Box 17250, Little Rock, AR 72222-7250

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

Pulaski Co. Circuit Clerk
401 W. Markham St. - Room 100
Little Rock, AR 72201

______________________________
Signature of Clerk or Deputy Clerk

Date:__________________________

[SEAL]



**This summons is for *Lowe's Home Center, LLC***

**PROOF OF SERVICE**

☐ I personally delivered the summons and complaint to the individual at ____________ ______________________________________[place] on __________________ [date]; or

☐ I left the summons and complaint in the proximity of the individual by ____________ _________________ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at ______________________[address] with _______________________[name], a person at least 14 years of age who resides there, on _________________[date]; or

☐ I delivered the summons and complaint to ___________________[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ___________________________[name of defendant] on ____________________[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: ______________________________________________________

☐ I was unable to execute service because: __________________________________

______________________________________________________________________

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: ____________ SHERIFF OF _______ COUNTY, ARKANSAS

By: _______________
[Signature of server]

____________________________
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: ____________
By: ____________
[Signature of server]

____________________________

[Printed name]

Address: ________________________

________________________

Phone: _________________________

Subscribed and sworn to before me this date: ____________

_________________________
Notary Public

My commission expires: _________________

Additional information regarding service or attempted service:

________________________________________________________________

________________________________________________________



Arkansas Judiciary

**Case Title:** JODY SIPES V LOWE'S HOME CENTER LLC

**Case Number:** 60CV-15-1543

**Type:** SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill