**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JODY SIPES | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:15CV00265 SWW |
| LOWE'S HOME CENTERS, LLC | * |
| | * |
| Defendant | * |

**ORDER**

By order entered June 9, 2016, United States Magistrate Judge J. Thomas Ray advised the Court that the parties had reached a settlement. Now before the Court is Plaintiff's motion, asking the Court to dismiss the case with prejudice and to retain jurisdiction for the purpose of enforcing the parties' settlement agreement. By order entered June 22, 2016, the Court gave Defendant an opportunity to respond. Defendant has not responded, and the motion to dismiss [ECF No. 15] is GRANTED.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED THIS 29th DAY OF JUNE, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE